

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | § | |
| --- | --- | --- |
| IN RE: | | No. 08-21-00099-CV |
| | § | |
| | § | AN ORIGINAL PROCEEDING |
| CITY OF EL PASO, TEXAS, | | |
| | § | IN MANDAMUS |
| RELATOR. | | |
| | § | |
| | § | |

**<u>MEMORANDUM OPINION</u>**

The City of El Paso has filed a petition for a writ of mandamus against the Honorable Sue Kurita, judge of the El Paso County Court at Law No. 6, contending that the trial court abused its discretion by issuing an order purporting to extend a prior temporary restraining order preventing the demolition of certain property in Northeast El Paso until June 17, 2021, when another status hearing on injunctive relief has been scheduled. The petition is denied.

To be entitled to mandamus relief, a relator generally must meet two requirements. First, the relator must show that the trial court clearly abused its discretion. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135 (Tex. 2004)(orig. proceeding). Second, the relator must demonstrate that there is no adequate remedy by appeal. *Id*. at 135-36. The burden is on the relator to show he is entitled to mandamus relief. *See In re Ford Motor Company*, 165 S.W.3d 315, 317 (Tex.

2005)(orig. proceeding).

After reviewing the mandamus petition and record, we conclude that Relator has failed to show entitlement to mandamus relief on this record. Accordingly, we deny the petition for writ of mandamus.

June 14, 2021

                                        YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.